**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1046**

DONALD JACOBS,

       Plaintiff - Appellant,

    v.

LOGISTICS MANAGEMENT INSTITUTE,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:20-cv-01059-LMB-JFA)

Submitted:  August 19, 2021            Decided:  August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas F. Hennessy, THE HENNESSY LAW FIRM, PLLC, Fairfax, Virginia, for Appellant.  Lincoln O. Bisbee, Stephen K. Dixon, MORGAN, LEWIS & BOCKIUS, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Jacobs appeals the district court's order granting Defendant Logistics Management Institute's motion to dismiss Jacobs' claims that he was retaliated against for requesting a disability accommodation and terminated from his employment because of his disability, in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 to 12213. We have reviewed the record and the parties' briefs and find no reversible error. Accordingly, we affirm the district court's order. *Jacobs v. Logistics Mgmt. Inst.*, No. 1:20-cv-01059-LMB-JFA (Dec. 8, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*